IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNIFIRST CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-23-CV-095-FB |
| | § | |
| JESSICA SALAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Joint Agreed Motion to Approve Settlement on April 13, 2023 (docket #20). The parties advise the resolution of the instant case under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA) includes resolution of the underlying FLSA claim by Defendant against Plaintiff. The parties further advise that in the present case, there is a bona fide dispute as to the number of hours that the Defendant would have worked within the relevant time period and whether Defendant Salas was properly classified. The settlement was the result of arm's-length negotiations, conducted by highly experienced and capable attorneys who specialize in wage and hour claims.

In addition, the terms of the settlement are reasonable and appropriate and fair to all parties involved. The longest length of time that Plaintiff could recover for any unpaid overtime would be approximately 6 1/2 months. However, given the general two year statute of limitations in a FLSA case and the difficulty of establishing willfulness, there is also the chance that Defendant Salas could recover nothing on this claim as the two year statute of limitations does not encompass any time that Defendant Salas actually worked for the Plaintiff. This scenario reflects that the amounts being paid to Defendant Salas are reasonable under the circumstances. Accordingly, the parties request that this Court approve the Settlement Agreement and enter an order dismissing this lawsuit with prejudice.

Based on the Joint Agreed Motion and the representations therein and a review of the Confidential Settlement Agreement, the Court concludes the Confidential Settlement Agreement and General Release between the Plaintiff and Defendant reflects a just and equitable resolution of a *bona fide* dispute under the FLSA which is hereby APPROVED as a fair and reasonable resolution of the parties' *bona fide dispute,* including all of the terms set forth in the Confidential Settlement Agreement, and the joint agreed motion (docket #20) is GRANTED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims of the Parties in the above-referenced case are DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with each side to bear its or her own costs and attorney's fees. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this is a Final Judgment that disposes of all claims.   Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 28th day of April, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE